## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NO.  CR-04-109-HE** |
| | ) | |
| **JUAN ANTONIO CORRALES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ON PETITION FOR
## REVOCATION OF SUPERVISED RELEASE

This matter came on for hearing April 15, 2005, upon a Petition for Warrant or Summons for Offender Under Supervision. Defendant appeared in person and with Julia Summers, Assistant Federal Public Defender.  The plaintiff was represented by David Walling, Assistant United States Attorney.  U.S. Probation Officer Brien M. Detamore was present.

The defendant stipulated to the allegations in the Petition which charged that defendant violated conditions of supervision by (1) failure to report to his probation officer and failure to submit monthly written reports; (2) failure to notify his probation officer within 72 hours of any change of residence; and, (3) failure to work regularly at a lawful occupation. Defense counsel proffered a statement.

The Court found that the defendant violated conditions of his supervised release and revoked his supervised release.  Arguments of counsel were heard on sentencing. The Court sentenced defendant to the custody of the Bureau of Prisons for thirteen (13) months,  and

ordered that upon his release defendant will be on supervised release for three (3)  years.  The

Court ordered all conditions of supervised release previously imposed to remain in effect and

notified defendant of his right to appeal.  Defendant was remanded to the custody of the U.S.

Marshals.

       **IT IS SO ORDERED**.

       Dated this 21ˢᵗ day of April, 2005.


                                                        _____

                                                    JOE HEATON

Approved as to form:                        UNITED STATES DISTRICT JUDGE


s/Julia Summers
Assistant Federal Public Defender
Counsel for Defendant


s/Teresa Black
Assistant United States Attorney
Counsel for Plaintiff